Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000323
27-OCT-2017
10:45 AM

NO. CAAP-17-0000323

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THE ESTATE OF SHIRLEY LOUISE TACHERA,
aka, Shirley Tachera, Deceased

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(P. NO. 16-1-0198)

ORDER DISMISSING APPEAL
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On April 4, 2017, the supreme court dismissed the petition in Estate of Shirley Louise Tachera, SCOT-17-0000198, and directed the appellate clerk to file the document as a notice of appeal in this court. That same day, the appellate clerk filed the notice of appeal to create the appeal in CAAP-17-0000323;

(2) On May 24, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before June 5, 2017, and July 3, 2017, respectively;

(3) Petitioner-Appellant Lani Joanne Tachera (Appellant), pro se, did not file either document or request an extension of time;

(4) On July 25, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 4, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(5) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, October 27, 2017.

Chief Judge

Associate Judge

Associate Judge